*United States v. Caldwell,* 448 F.3d 287, 290 (5th Cir.2006). In view of the facts in the PSR, it is plausible that the possession of a weapon by Bermudez–Betancourt's codefendant was reasonably foreseeable to him. *See Hernandez,* 457 F.3d at 423; *Dixon,* 132 F.3d at 202; *Mergerson,* 4 F.3d at 350. The evidence does not give rise to a "definite and firm conviction that a mistake has been committed." *See United States v. Trujillo,* 502 F.3d 353, 356 (5th Cir.2007) (internal quotation marks and citation omitted). Therefore, the district court did not clearly err in imposing the two-level enhancement under § 2D1.1(b)(1).

AFFIRMED.

Before JONES, Chief Judge, and GARZA and PRADO, Circuit Judges.

PER CURIAM: *

After having reviewed the record, studied the briefs, and heard oral argument, and for essentially the reasons given by the district court in its order granting summary judgment to the Defendant–Appellee, we affirm.

AFFIRMED.

SCOTTSDALE INSURANCE COMPA-NY.; Old Republic Lloyds of Tex-as, Plaintiffs–Appellants

v.

MT. HAWLEY INSURANCE COMPANY, Defendant–Appellee.

No. 11–40792.

United States Court of Appeals, Fifth Circuit.

Sept. 14, 2012.

Michael Forest Nelson, Esq., Burt Barr & Associates, L.L.P., Dallas, TX, for Plaintiffs–Appellants.

Greg Keith Winslett, Esq., Quilling, Selander, Lownds, Winslett & Moser, P.C., Dallas, TX, for Defendant–Appellee.

UNITED STATES of America, Plaintiff–Appellee

v.

Edgar Gomez SEGURA, also known as Edgar Woods Segura, Defendant–Appellant.

No. 11–40817
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 14, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.